

**NUMBER 13-12-00357-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                  Appellant,

v.

ALEX BRITINI SMITH,                                                  Appellee.

## On Appeal from the County Court at Law No. 2 of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes Memorandum Opinion Per Curiam**

Appellant, the State of Texas, by and through its Criminal District Attorney, the Honorable René Guerra, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 42.2(a). No decision of this Court having been delivered to date, we GRANT the motion and DISMISS

the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing

will be entertained, and our mandate will issue forthwith.

PER CURIAM


Do not publish.
TEX. R. APP. P. 47.2(b).
Delivered and filed the
4th day of October, 2012.

2